UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD, *et al.*[1]<br><br>    Plaintiffs,<br><br>    v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    Defendant. | Civil Action No. 17-2448 (APM) |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Detention Watch Network and Mijente Support Committee, and Defendant Immigration and Customs Enforcement, through undersigned counsel, notify the Court that they have settled the matter of attorneys' fees and costs. Accordingly, Plaintiffs will not be filing a motion for attorneys' fees.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

By:      /s/
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

---

[1] Pursuant to a stipulation of voluntary dismissal filed on April 5, 2019, ECF No. 20, former plaintiff National Immigration Project of the National Lawyers Guild is no longer a party.

2

Counsel for Defendant

AND

_____/s/_____
Michael T. Kirkpatrick (D.C. Bar No. 486293)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7728
mkirkpatrick@citizen.org

Counsel for Plaintiffs